**DISMISS and Opinion Filed May 6, 2021**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-00886-CV

**TENET HEALTHSYSTEM HOSPITALS DALLAS, INC., Appellant**
**V.**
**NORTH TEXAS MEDICAL GROUP, P.A, Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 05-06727-L**

## MEMORANDUM OPINION

Before Justices Schenck, Reichek, and Carlyle
Opinion by Justice Reichek

We reinstate this appeal. This case was abated in 2013 due to bankruptcy. *See*

TEX. R. APP. P. 8.2. The Court conducted an independent review of the federal Public

Access to Court Electronic Records (PACER) system which shows the bankruptcy

case associated with this appeal was discharged on April 24, 2019, effectively

dissolving the automatic stay.

We notified the parties by letter, requesting they inform the Court of the status

of the bankruptcy and of this appeal. We cautioned that the failure to respond would

result in the appeal being dismissed for want of prosecution. *See id.* 42.3(b),(c). To

date, neither party has responded.

Because we gave the parties an opportunity to show why we should not dismiss the appeal for want of prosecution and no one responded, we dismiss this appeal. *See id.* 42.3(b),(c).

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

120886F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

TENET HEALTHSYSTEM
HOSPITALS DALLAS, INC.,
Appellant

No. 05-12-00886-CV       V.

NORTH TEXAS MEDICAL
GROUP, P.A, Appellee

On Appeal from the 193rd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. 05-06727-L.
Opinion delivered by Justice
Reichek. Justices Schenck and
Carlyle participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered May 6, 2021

–3–